## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY BAKER,                 :
    *Petitioner*,               :
                                   :
           v.              :
                                   :
SCI ROCKVIEW, et al.,       :         NO.  21-CV-3216
    *Respondents*.           :

### ORDER

**AND NOW**, this **19th** day of **July 2024**, upon consideration of Petitioner's Motion Requesting Relief from Judgment Entered on May 8, 2023, Pursuant to Fed. R. Civ. P. 60(b) (ECF No. 32), and Respondents' Response (ECF No. 35) in opposition, it is hereby **ORDERED** that this Motion (ECF No. 32) is **DENIED** with prejudice, for the reasons stated in the Court's memorandum. The Clerk of Court is directed to close the case.

                               **BY THE COURT:**

                               **/s/ Chad F. Kenney**

                               **CHAD F. KENNEY, JUDGE**